UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In Re:<br>LEE C LEMASTERS<br>SHELLY M LEMASTERS | :<br>:<br>: | Case No:   08-50800<br>CHAPTER 13<br>Judge:   John E. Hoffman Jr. |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

Now comes Frank M. Pees, Standing Chapter 13 Trustee herein, and pursuant to

11 U.S.C. 347(a) and Bankruptcy Rule 3011, places unclaimed funds into the Registry Fund.

Dated:  March 19, 2011                    /s/ Frank M. Pees
                                          Frank M. Pees
                                          Chapter 13 Trustee

| Name and Address | Amount |
|---|---|
| PEAK 5<br>6782 S POTOMAC ST<br>CENTENNIAL, CO  80112 | 96.55 |